The United States District Court
For the District of Columbia

**FILED**

DEC - 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

THOMAS PRESSLEY
1309 Wallach Place, N.W.
Washington, D.C. 20009
202 483 5236
    Plaintiff

v.

Stores On-Line Inc. and PMI
754 E. Technology
Orem, UT 84097

Case: 1:07-cv-02191
Assigned To : Urbina, Ricardo M.
Assign. Date : 12/5/2007
Description: Pro Se General Civil

*JURY ACTION*

## COMPLAINT

Exhibit 1-A Purchase of 6 web sites on February 21, 2007, for a price of $6,548.00 on March 2, 2007. I must go to boot camp Friday, March 2, 2007 and I was told that I would have to build these web sites. So Exhibit A-1 does not represent 6 websites. Enclosed, please see Exhibit A-2, March 5, 2007 after Stores On-Line received my letter, a gentleman called me and told me that those web sites were my web sites because I signed for them. I said to him, that I had 30 days to change my mind. He said, look at your contract, and then he hung up the phone. The contract is Exhibit A-1 is the contract, not the web site the gentleman was talking about.

After he hung up the phone on Friday, March 30, 2007, a gentleman called me from PMI. I can't remember his name. He told me that they were going to build three of those websites for $5,170.00. I sent $5,150.00 on March

1

31, 2007. See Exhibit A-3, check # 125. On April 6, 2007 I received six pieces of paper. When I looked for my websites they were no where to be found. Exhibit 4-9 enclosed on August 31, 2007 I sent Stoves On-Line a letter asking for my $5,150.00 back and keep the $6,548.00 and the "so-called" web sites. But they did not want to do that.

I contacted The Better Business Bureau and Ms. Amber Henderson. Stoves On-Line has $11,698 of my money for 7 pieces of paper, 2 disks and a manual.

Enclosed please see Exhibit A-10, dated September 22, 2007 and A-12, a complete set of websites. The original Exhibit A-10 that was mailed to Stores On-Line on August 31, 2007, I don't have a copy of that letter which is the original A-10. Stoves On-Line offered Ms. Henderson a settlement of $2,300.00. I said no, to that insufficient settlement.

I am filing this complaint because I need the Court's help to get this situation set straight.

## Jury Demand

Mr. Pressley demands a trial by jury for all issues that a Jury may properly decide, and for all relief that a jury may award.

## REQUESTED RETURN OF MONEY

Mr. Pressley is requesting that this honorable Court order that the Defendants return $11,698.00 to him which he paid for a product he was promised and which he did not receive.

Respectfully submitted

*Thomas Pressley*
THOMAS PRESSLEY
1309 Wallach Place, N.W.
Washington, D.C. 20009
(202) 483-5236

**Business to Business Order Form**

StoresOnline, Inc.
754 E. Technology Ave.
Orem, UT 84097
Ph 801.227.0004
sales@StoresOnline.com
http://www.StoresOnlinePro.com

Sold To: _____  Phone (H): _____
Physical Address: 1309 _____
City: Washington  State: DC  Zip: _____
E-mail: _____  Phone (O): _____

| QTY | ITEM/TITLE | EACH | AMOUNT |
|---|---|---|---|
| 6 | Complete Store Building Software License & Password Fee (Includes $100.00 First Year Customer Support Fee) | | 4900 |
| 1 | Website Setup Fee for Site #1 ($150 Setup Fee for Remaining Sites Not Included) | 1 | $150.00 |
| 1 | Paramount Payment Solutions | | 499 |
| 6 | E Store Tool Kit | | 499 |
| 2 | Follow up merchant training | | Free |

**SPECIAL WORKSHOP OFFER**

Subtotal: 6,548
Tax:
TOTAL: Paid in Full

**Method of Payment:**
☒ Credit Card   ☐ Cash   ☐ Check # _____   ☐ Other _____

This receipt is my proof of purchase. I understand and affirm that the above products/ services are being purchased for business use only. I affirm StoresOnline, Inc. does not recommend I sell my sites and offers no marketing plan, joint venture, or reseller program. I agree that any and all controversy o claims arising out of or relating to this contract, or the breach thereof, shall be settled exclusively by binding arbitration administered by the American Arbitration Association under its Commercial Arbitration Rules, and judgment on the award rendered by the arbitrator may be entered in any court having jurisdiction thereof. I accept binding arbitration, the warranty, guarantee and conditions, and the returned check policy as printed on the reverse of this form. I further understand and acknowledge that any and all testimonial shared in StoresOnline, Inc. events are not typical and my results will vary depending on my product, price, and marketing efforts I understand that paying with cash or check is the least expensive form of payment. Purchase by credit card can be, and financing options are, more expensive based upon interest rates and timely payment. Title to the license transfers to the buyer upon payment in full. You, the buyer, may cancel this transaction at any time prior to midnight of the third business day after the date of this transaction See the attached Notice of Cancellation form for an explanation of this right.

Acceptance/Receiving Signature  X _____  DATE _____  EMP _____

042606PRINCH

07 2191

**FILED**
DEC - 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

A-2

Mr. Thomas Pressley
1309 Wallach Pl. N.W.
Washington, DC 20009-4450

STORE ONLINE INC
754 EAST TECHNOLOGY AVE.
OREM UT.

3/05/2007

To The President of this company.

I Thomas Pressley Purchase three (3) Websites from Stores online inc. on february 21st 2007.
After reading your getting started packet and saw that I must build two (2) of those websites. Of all the websites that I have I were never ask to build one (1). At this point I am requesting a refund of six thousand three hundred $6,300.00 of my $6,548.00
Enclosed please find proof of transaction on Feb. 21st 2007 and the original sale slip.
I am printing this because I don't type and not asking any one to type it for me. This matter is between stores online Inc & myself only.
I shall be awaiting your action.

thanks to you.

Thomas Pressley

07 2191

#202 483 5236

**FILED**

DEC - 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

A-3

# CHEVY CHASE® BANK

# 123                                                              $317.58

# 125                                                            $5,150.00

07 2191

**FILED**

DEC - 5 2007

**NANCY** MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

View the front and back of your check images through
Chevy Chase Online Banking at  chevychasebank.com

# EXTREME

# Web

# MARKETING
version 3.0

(877) 693-2495          extremeweb@myebiz.com

A-4

**GETTING STARTED:**
Before we begin your Extreme Web Marketing Promotion, there are several things that will need to be done to ensure that your marketing is as effective as possible. Your coach is the best resource to know when to begin your search marketing program. Check with them to make sure that all of the parts are in place to begin making sales on your website. This includes the ordering system, and if necessary, your merchant account integration (the ability to accept credit cards). It also includes making sure all pages are complete in content, images and design. Make sure you don't have any dead links, and your domain name is set up correctly. Once your coach gives you the okay, submit your site and we will begin the optimization.

**TEST YOUR WEBSITE BEFORE SUBMITTING:**
Your website promotion is only ready to be activated after successfully testing your product, pricing, headline and opening statements. This is crucial to the success of your optimization.

While working on your website's promotion, we will send you a series of emails notifying you of tasks completed and any necessary instructions for you to follow. Below you will find a detailed description of the services to be provided for your Extreme Web Marketing Promotion.

FILED
DEC - 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

07 2191

☐ **PHASE 1**

  ›› **Keyword Research**
  We will begin with your suggestions and look at your site to find a list of keywords to begin with. Our SEO developers will then perform keyword research based on traffic and competition. The results will be sent to you via email. At that point, you may approve or suggest additional keyword research. Once a final list is approved, it will be provided to you, and the promotion will move on to the next phase.

A-5

## ◻ PHASE 2

### ≫ Site Analysis
At this phase in the process, your site will be fully analyzed by our SEO developers. This validation will be performed on your site's home page, ensuring that all of the code is in working order for the search engines to be able to easily spider through all of your homepage text. Minor adjustments may be made at this point in order to increase "spiderability."

### ≫ Research Top 10 Sites in Target Market on Google, Yahoo & MSN
With Google™, Yahoo™ and MSN™ receiving 91% of all searches in the United States (comScore Media Metrix, July 2005) we want to know what your competition is doing to win their top 10 spots. We will research their keywords and metatags to see if there is anything specific that they are doing that may help to improve your ranking.

### ≫ Optimization of Home Page
Your home page is the key to getting the search engines to visit your site, but it is also very important for getting the remainder of your site indexed. Because of this we will optimize your home page to include your main keyword phrases, and also to have great keyword density. We will add text links to all of your core pages, and also optimize your metatags. Once your home page and core marketing pages have been optimized you will receive an email asking you to review the changes we have made. Please review those changes and reply with any questions or comments regarding those changes. Once we receive your approval on the optimization we will move on to the next phase.

## ◻ PHASE 3

**07 2191**

### ≫ Submit Your Site to 200 Live Directories (over 12 month period)
We know that being listed in the major search engines is very important, but you should also make sure you don't put all your eggs in one basket. That's why your URL is submitted to over 200 Live Directories, including AOL, Hotbot, Lycos, Web Crawler, Entire Web, Search.com, Netscape and many more.

**FILED**

**DEC - 5 2007**

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

### ≫ Guaranteed Indexing by Google™
Google is undoubtedly the king of search engines, and because of this we guarantee that your site will be indexed by them. With Google visiting your site you are much more likely to be picked up by other search engines that use Google's data for their results.

A-6

## ❏ PHASE 4

### ›› Pay-Per-Click Search Engine Marketing

We will provide you with several keywords, a description and a title to be used in conjunction with your PPC marketing campaigns with a focus on meeting Yahoo! Search Marketing's editorial requirements. We will send you an email with a link to Yahoo! Search Marketing that will provide you with bonus advertising dollars to start your marketing campaign.

## ❏ PHASE 5

### ›› Email Creative Setup

We will setup one (1) email creative for your email campaign. This creative will be done in both html and in text to provide maximum audience reach. These creatives will also be available for future use in other email marketing that you may do.

### ›› Email Marketing Campaign

This package provides you with the opportunity to offer your website's product, service or offering to **Ten Thousand (10,000)** consumer based individuals through email.

## ❏ Live Customer Support by Phone & Email

›› We are dedicated to making sure that you are involved in every step of the process. This is your site and we want to make sure that what we do reflects your way of thinking. Because of this we offer customer support by Phone at (877) 693-2495 and by Email at extremeweb@myebiz.com. Let us know how we can help!

07 2191

**Contact Extreme Web Marketing at any of the following:**

Mail:   629 E. 730 S. Ste. 103, American Fork, UT 84003
Phone:  (877) 693-2495 (Mon. - Fri. 8am to 7pm MST)
Fax:    (800) 506-7838
Email:  extremeweb@myebiz.com

**FILED**

DEC - 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

A-17

# EXTREME



## MARKETING
version 3.0

MyeBiz will optimize your site to provide you with a greater opportunity to be indexed and achieve high rankings in major search engines. You will also be able to use these optimized pages for other marketing activities such as pay-per-click advertising and much more!

This Certificate entitles you to the following search engine marketing services:

- **Keyword Research**
- **Site Analysis**
- **Research Top 10 Sites in Target Market on Google™, Yahoo™ & MSN™**
- **Optimization of Home Page**
- **Optimization of Core Marketing Pages**
- **Submit Your Site to 200 Live Directories** (over 12 month period)
- **Guaranteed Indexing by Google™**
- **Pay-Per-Click Search Engine Marketing**
- **One (1) HTML and Text Email Creative Developed**
- **Send Your Email Ad to 10,000 Opt-in Email Addresses**
- **Live Customer Support by Phone and Email**

Once your site is fully completed, please contact the MyeBiz Search Department with the following information to begin your optimization service:

Printed Name: _____

Phone: _____

Domain Name: _____

Email Address: _____

Have you tested your website's effectiveness? YES / NO
(This refers to product, pricing, headline and opening statement.)

Signature: _____

07 2191
**FILED**
DEC - 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Web: extreme3.myebiz.com • Mail: 629 East 730 South Suite 103, American Fork, Utah 84003
Phone: 1-877-693-2495 • Fax: 1-800-506-7838 • Email: extreme3eb@myebiz.com

A-8

# EXTREME

# MARKETING
version 3.0

MyeBiz will optimize your site to provide you with a greater opportunity to be indexed and achieve high rankings in major search engines. You will also be able to use these optimized pages for other marketing activities such as pay-per-click advertising and much more!

**This Certificate entitles you to the following search engine marketing services:**

- **Keyword Research**
- **Site Analysis**
- **Research Top 10 Sites in Target Market on Google™, Yahoo™ & MSN™**
- **Optimization of Home Page**
- **Optimization of Core Marketing Pages**
- **Submit Your Site to 200 Live Directories** (over 12 month period)
- **Guaranteed Indexing by Google™**
- **Pay-Per-Click Search Engine Marketing**
- **One (1) HTML and Text Email Creative Developed**
- **Send Your Email Ad to 10,000 Opt-in Email Addresses**
- **Live Customer Support by Phone and Email**

Once your site is fully completed, please contact the MyeBiz Search Department with the following information to begin your optimization service:

Printed Name: _____

Phone: _____

Domain Name: _____

Email Address: _____

Have you tested your website's effectiveness?  YES / NO
(This refers to product, pricing, headline and opening statement.)

Signature: _____

07 2191

**FILED**

DEC - 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Web: extreme3.myebiz.com • Mail: 629 East 730 South Suite 103, American Fork, Utah 84003
Phone: 1-877-693-2495 • Fax: 1-800-506-7858 • Email: extremeweb@myebiz.com

A-9

# E X T R E M E

# M A R K E T I N G
version 3.0

MyeBiz will optimize your site to provide you with a greater opportunity to be indexed and achieve high rankings in major search engines. You will also be able to use these optimized pages for other marketing activities such as pay-per-click advertising and much more!

This Certificate entitles you to the following search engine marketing services:

- **Keyword Research**
- **Site Analysis**
- **Research Top 10 Sites in Target Market on Google™, Yahoo™ & MSN™**
- **Optimization of Home Page**
- **Optimization of Core Marketing Pages**
- **Submit Your Site to 200 Live Directories** (over 12 month period)
- **Guaranteed Indexing by Google™**
- **Pay-Per-Click Search Engine Marketing**
- **One (1) HTML and Text Email Creative Developed**
- **Send Your Email Ad to 10,000 Opt-in Email Addresses**
- **Live Customer Support by Phone and Email**

Once your site is fully completed, please contact the MyeBiz Search Department with the following information to begin your optimization service:

Printed Name: _____

Phone: _____

Domain Name: _____

Email Address: _____

Have you tested your website's effectiveness?   YES / NO
(This refers to product, pricing, headline and opening statement.)

Signature: _____

07 2191

**FILED**

DEC - 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Web: extreme3.myebiz.com • Mail: 629 East 730 South Suite 103, American Fork, Utah 84003
Phone: 1-877-693-2495 • Fax: 1-800-506-7838 • Email: extremeweb@myebiz.com

# THE MALL OF THE WORLD

A-10

9/22nd 07
Case # 22046028
Storesonline Inc.
MS. AMBER HENDERSON
Better Business Bureau
5673 South Redwood Road
#22 Salt Lake City Utah 84123

Dear MS. HENDERSON:

This is a short overview as to what you shall see. Please take a look at Exhibit 1-A it does not say anything at all that I must build a website. That piece of paper worth nothing. Please look at Exhibit A-2 this $6,548 has no value. 1 week later I got a call fr storesonline stating that those websites were mine because I sign fo them. Am I a fool if these are websight why would He offer to build them for $5,170 on march 30th. See Exhibit A-3 Check #125 for $5,150 for the purpose of building three websites which I thought was already built on February 21st on Exhibit A-2 I ask for my money back. On April 6th I received Exhibit A-4-A9 As you can see fo your self those are not websites. On July 31st I sent storesonln my final instruction Exhibit A-10 Exhibit 11 cost $995.60 11B Enclose you shall see seven 7 websites

I am doing you a favor call these company ask ther what is the cost to build a website. Exhibit 12 cost $850 since those people can't be honest
They can still keep those so call websites and my $6,548.00
but they must do as I ask in Exhibit A-10
Thanks very much for your time

Thomas Pressley

Thomas Pressley * 1309 Wallach Pl NW * Washington, DC 20009

07 2191

FILED
DEC -5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

over
P.S. 1 P.52

P S
Exhibit A-9 should be the same as Exhibit A A-11A & A-11B
A-12
as you can see storesonLine gave me 6 pieces of paper
in return for my $5,150.00. Call anyone of those company
and ask how much does it cost to build a website.
If you can't make these people send me my money that I
sent to them on march 31st of this year which is Exhibit
A.3 $5,150.00 Take all of this material and turn it over to
The F B I The Federal Bureau of Investigation
and they will take care of it for sure
thanks for your time
Thomas Pressley

**The Direct-Response Network, Inc.** 198
315 East Main
Goessel, KS 67053-0198

The Citizens State Bank
Goessel, KS 67053

83-507/1011

9/17/07

Thomas  Pressley                                                                                          $ *****88.84

**Pay Exactly**   $ *****88.84 **Dollars and Cents** ////////////////////////////////////////////////////////////////////

Thomas        Pressley
1309 Wallach Pl NW
Washington    DC    20009-4450
United States

Void 90 days after check date

⑈⁰⁰198 1⑈⁰  ⑆:101105079⑆:  1118579⑈⁰

**The Direct-Response Network, Inc.**                                                                          198
ID Number 165999                            Direct Response Network                           9/17/07
          Number Of Sales  Total                 Thomas  Pressley
Level 1      2      4      0.98                   Total Earnings
Level 2      4      6      3.49                      $124.16
Level 3      8     13      4.47
Level 4     12     19     69.90
Level 5      1      1     10.00
Level 6
Level 7                              Bonus              0.00
Level 8                    Auto Deduct Amount           0.00
Level 9                           Deduction             0.00

                                  Check Amount   $    88.84

Total    42         88.84

WEBSITE-11

07 2191

```
                                    OK              RESULT
                                     1           PAGES SENT
                                  0'24            TIME USE
                               09/25 15:14         ST. TIME
                                              DESTINATION ID
                              18018926002     RECIPIENT ADDRESS
                                    1091            TX/RX NO

                             TRANSMISSION OK

                    ********************
                    ***  TX REPORT   ***
                    ********************
```

FILED
DEC - 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



# NATIONAL MARKETING CONCEPTS, LLC

## Customer Profile

A-12

| Customer Identification #: 1031 |
|---|

**Ship To:**
THOMAS PRESLEY
1309 WALLACH PL NW
WASHINGTON, DC 20009
Phone #: 202-483-5236

**Bill To:**
THOMAS PRESLEY
1309 WALLACH PL NW
WASHINGTON, DC 20009
Phone #: 202-483-5236

| Product Description | Order Date | Acct. Executive | Payment Type | Ex. Date | Amount |
|---|---|---|---|---|---|
| www.1031.onetouchshopping.biz | 4/4/2007 | NATE MILLER | VISA | 01*10 | N/A |
| www.1031.onetouchfitness.biz | 4/4/2007 | NATE MILLER | VISA | 01*10 | N/A |
| www.1031.onetouchtravel.biz | 4/4/2007 | NATE MILLER | VISA | 01*10 | N/A |
| www.1031.onetouchpharmacy.biz | 4/4/2007 | NATE MILLER | VISA | 01*10 | N/A |
| www.1031.onetouchadvertising.biz | 4/4/2007 | NATE MILLER | VISA | 01*10 | N/A |
| www.N/A | 4/4/2007 | NATE MILLER | VISA | 01*10 | N/A |
| 1,000 Traffic Visitors (Shopping) | 4/4/2007 | NATE MILLER | VISA | 01*10 | $400.00 |
| N/A Traffic Visitors (Fitness) | 4/4/2007 | NATE MILLER | VISA | 01*10 | N/A |
| N/A Traffic Visitors (Travel) | 4/4/2007 | NATE MILLER | VISA | 01*10 | N/A |
| N/A Traffic Visitors (Pharmacy) | 4/4/2007 | NATE MILLER | VISA | 01*10 | N/A |
| N/A Traffic Visitors (Advertising) | 4/4/2007 | NATE MILLER | VISA | 01*10 | N/A |
| N/A Traffic Visitors (Personal Site) | 4/4/2007 | NATE MILLER | VISA | 01*10 | N/A |
| Shipping and Handling | 4/4/2007 | NATE MILLER | VISA | 01*10 | $0.00 |
| Total | 4/4/2007 | NATE MILLER | VISA | 01*10 | $400.00 |

If you have any questions about your customer profile, please do not hesitate to call our Customer Service Department at 1-888-407-4977
or by e-mail at cs@nationalmarketingconcepts.org
Fax: 1-888-250-6991

Keep This Form For Your Own Records!

07 2191

**FILED**
DEC - 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



Better Business Bureau of Utah
5673 South Redwood Road #22
Salt Lake City, UT  84123
Tel: (801) 892-6009   Fax: (801) 892-6002

September 17, 2007

Thomas Pressley
1309 Wallach Place
Washington, DC  20009

RE: Case # 22046028: Storesonline Inc

The Better Business Bureau has received a response from the business regarding your complaint. Please review their response to your original complaint and advise us of your position in the matter by **October 1, 2007** . If we do not hear from you this case will be closed in our files as "assumed resolved".

The details of the complaint (including the business' response) are included on the reverse.

Please be sure to indicate whether the company's response is satisfactory or not.

If you find you are dissatisfied with the company's response, please provide us with a **MIDDLE GROUND** offer we can present to the company in an effort to mediate this dispute. If this is not provided, the BBB may not be able to be of further assistance in this case.

We encourage you to use our ONLINE COMPLAINT system to respond this complaint. The following URL (website address) will take you directly to this complaint. You will be able enter your response directly on our website:

**http://www.utah.bbb.org/complaint/view/22046028/c/29k3nk**

If you are unable to respond using the internet, then please respond in writing to the address above or Fax to (801) 892-6002.

Sincerely,
Amber Henderson
Dispute Counselor
complaints@utah.bbb.org

**Better Business Bureau of Utah**

COMPLAINT ACTIVITY REPORT  Case # 22046028

| Consumer Info: | Pressley, Thomas<br>1309 Wallach Place<br>Washington, DC 20009<br>- 202 483-5236 | Business Info: | Storesonline Inc<br>754 East Technology Ave<br>Orem, UT 84097<br>801 227-4132 |
|---|---|---|---|

**Consumer's Original Complaint :**
Refer to "ALL ATTACHMENTS FOR THIS COMPLAINT" on your complaint website link.

**Consumer's Desired Resolution:**


**BBB Processing**

| 09/05/2007 | AH | BBB | Complaint Received by BBB |
|---|---|---|---|
| 09/05/2007 | AH | BBB | Complaint Reviewed by BBB Operator |
| 09/05/2007 | Otto | MAIL | Send acknowledgement to Consumer |
| 09/05/2007 | Otto | EMAIL | Inform Business of the Complaint |
| 09/13/2007 | WEB | BBB | RECEIVE BUSINESS RESPONSE : September 13, 2007Ms. Amber HendersonBetter Business Bureau5673 South Redwood Road # 22Salt Lake City, Utah 84123         RE:    Thomas Pressley #22046028  Dear Ms. Henderson:This letter is in response to a Better Business Bureau ("BBB") complaint filed by Thomas Pressley against StoresOnline, Inc ("StoresOnline"). First, we thank you for your assistance in this matter. Second, StoresOnline values Mr. Pressley and desires to amicably discuss and resolve his concerns. We reviewed his account in our management review meeting on Wednesday, September 12, 2007. In that meeting we discussed the concerns that he had about getting his site built and running. Our offer at the workshop would allow our programmers to build the site for $150.00, and this is also disclosed in the workshop materials that he received in his binder prior to his purchase. Mr. Pressley's request for a full refund is denied, however, we are willing to take the following actions to assist Mr. Pressley: •      StoresOnline will waive the programming on one site ($150.00 value)• We will reduce his original purchase from six sites to three sites and offer a refund of $2200.00 + $100.00 (E-Store Toolkit for 3 vs. 6) - total refund $2300.00•     We will contact PMI on his behalf to have them reach out to Mr. Pressley to assist him with the purchase that was made with them. Please note that PMI is a separate company from StoresOnline. Thank you again for bringing this to our attention. If Mr. Pressley agrees with this compromise, please have him contact our office to arrange for us to send him a release. Sincerely,                    Sean GuySGPressley_Thomas-BBB-1st Response-9_13_07-UT |
| 09/17/2007 | OttO | BBB | Forward Business response to Consumer |

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS
Thomas Pressley

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  11001
(EXCEPT IN U.S. PLAINTIFF CASES)

Washington, DC 20009

## DEFENDANTS
Stores On-Line & PMI
Orem, Ut      & London, UT

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Thomas Pressley 2024835236
1309 Wallach Pl NW Washington DC

Case: 1:07-cv-02191
Assigned To : Urbina, Ricardo M.
Assign. Date : 12/5/2007
Description: Pro Se General Civil

**JURY ACTION**

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ■ 1 U.S. Government Plaintiff
- ⊗ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES
(FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|                                              | PTF | DFT |                                                                   | PTF | DFT |
|----------------------------------------------|-----|-----|-------------------------------------------------------------------|-----|-----|
| Citizen of this State                        | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State         | ☐ 4 | ☐ 4 |
| Citizen of Another State                     | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State     | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country      | ☐ 3 | ☐ 3 | Foreign Nation                                                    | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. *Antitrust*
☐ 410 Antitrust

### ☐ B. *Personal Injury/Malpractice*
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. *Administrative Agency Review*
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. *Temporary Restraining Order/Preliminary Injunction*
Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ⊗ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
⊠ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

②

| ☐ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☒ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☒ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**ORIGIN**
☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ Multi district Litigation ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
U.C.C. Sec. 2-201(3)(c) Defendant(s) misrepresented the product that I paid for in Full. DEMAND FOR FULL REFUND. 42 USC 1983

**VII. REQUESTED IN COMPLAINT** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $    Check YES only if demanded in complaint JURY DEMAND: ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction) ☐ YES ☒ NO If yes, please complete related case form.

DATE 12/5/07    SIGNATURE OF ATTORNEY OF RECORD *Thomas Presley*

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd