# The United States District Court
## For the District of Columbia

THOMAS PRESSLEY :
1309 Wallach Place, N.W. :
Washington, D.C. 20009 :
: Civil Action No:07 2191 RMU
      Plaintiff : Judge _____
      v. :
Stoves On-Line Inc. and PMI :
754 E. Technology :
Orem, UT 84097 :
      Defendant

## AFFIDAVIT OF SERVICE

I, THOMAS PRESSLEY, MAILED THE SUMMONS AND COMPLAINT REGISTERED MAIL TO STOVES ON-LINE INC. AND PMI ON DECEMBER 10, 2007.

[Domestic Return Receipt, PS Form 3811, addressed to Stoves On-Line Inc., 754 E Technology, Orem UT 84097; Article Number 7006 2150 0001 8008 2866; Certified Mail; signed on delivery 12/10]

**RECEIVED**
DEC 20 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Respectfully submitted

*Thomas Pressley*
THOMAS PRESSLEY
1309 Wallach Place, N.W.
Washington, D.C. 20009
(202) 483-5236
Pro Se