**The United States District Court
For the District of Columbia**

**RECEIVED**

JAN 1 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

THOMAS PRESSLEY           :
1309 Wallach Place, N.W.   :
Washington, D.C. 20009    :
                           : Civil Action No: 072191 RMU
         Plaintiff       :
         v.             :
                          :
Stoves On-Line Inc. and PMI   :
754 E. Technology        :
Orem, UT 84097          :

<u>Defendants' Motion To Dismiss Complaint</u>

      Comes Now Plaintiff, Thomas Pressley pursuant to United States District Court for the District of Columbia, and moves this Honorable Court to dismiss the Complaint against Defendants Stoves On-Line Inc. and PMI, 754 E. Technology, Orem, UT 84097 because Defendants, Stoves On-Line Inc. and PMI, 754 E. Technology, Orem, UT 84097 have reimbursed Mr. Thomas Pressley, $11,698.00, the exact amount that Mr. Pressley paid to the above Defendants for "web sites" which did not exist.

                      Respectfully submitted

                      *Thomas Pressley*

                      THOMAS PRESSLEY
                      Pro Se
                      1309 Wallach Place, N.W.
                      Washington, D.C. 20009

# StoresOnline

Technology Solutions for Emerging Companies

754 E. Technology Ave. • Orem, UT 84097

Ph: 801.227.0004 • Fax: 801.426.6712

**RECEIVED**

JAN 1 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

January 10, 2008

***Transmitted via Federal Express***

Thomas Pressley
1309 Wallach Place N.W.
Washington D.C. 20009

Re: Thomas Pressley vs. StoresOnline and PMI

Dear Mr. Pressley:

Enclosed is a check in the amount of $11,698, which is the refund of your purchase from StoresOnline and PMI. This payment is made in full Accord and Satisfaction of all Obligations. As such, once you have voluntarily withdrawn the case against StoresOnline and PMI we would appreciate if you would provide documentation of this action. You may mail it to my attention at 754 E. Technology Avenue, Orem, Utah 84097,or fax it to 801-426-6712 or email it to sallred@storesonline.com.

Kindest regards,

Stacy Allred
Paralegal
StoresOnline, Inc.

Enclosure